

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2014

No. 04-14-00452-CV

Mark **HART** and Angelica Hart,
Appellants

v.

**FLAGSHIP HOMES, LTD.** d/b/a/ Prestige Homes,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04333
Honorable Martha B. Tanner, Judge Presiding

No. 04-14-00568-CV

Julian **CALDERAS**, Jr. and Erica Calderas,
Appellants

v.

**FLAGSHIP HOMES, LTD.** d/b/a Prestige Homes,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04330
Honorable Martha B. Tanner, Judge Presiding

No. 04-14-00597-CV

Thomas H. **VEITCH** and Anne Veitch,
Appellants
v.
**FLAGSHIP HOMES, LTD.** d/b/a/ Prestige Homes,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04337
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Appellants' first unopposed motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before October 8, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court